UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRACEY EMERSON; DENNIS CARTER,<br><br>                              Plaintiffs,<br><br>        -against-<br><br>NYCHA,<br><br>                              Defendant. | 23-CV-100009 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the February 29, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 29, 2024
             New York, New York

                                                                    /s/ Laura Taylor Swain
                                                                    LAURA TAYLOR SWAIN
                                                                    Chief United States District Judge